LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 29503

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FREDERICK H. K. BAKER, JR., and HAUNANI Y. BAKER,
Appellants-Appellants,
v.
DEPARTMENT OF HAWAIIAN HOME LANDS,
MICAH A. KANE, BILLIE BACLIG, MILTON PA,
TRISH MORIKAWA, MAHINA MARTIN, FRANCIS LUM,
MALIA KAMAKA, PERRY ARTATES, STUART HANCHETT,
DONALD S.M. CHANG, and TO ALL TO WHOM IT MAY CONCERN,
Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 07-1-0371)

ORDER DENYING APPELLANTS' MOTION FOR
RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By: Nakamura, C.J., Foley, J., and Circuit
Judge Steven S. Alm, in place of Fujise,
Leonard, Reifurth, and Ginoza, JJ., all recused)

Upon consideration of Appellants' September 8, 2010, Motion for Reconsideration of the Intermediate Court of Appeals' Summary Disposition Order filed on August 27, 2010, the memorandum in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, September 16, 2010.

On the motion:

Frederick H.K. Baker, Jr.
and Haunani Y. Baker,
Appellants pro se.

Chief Judge

Associate Judge

Acting Associate Judge